```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 22922
   MANUEL ALFARO
   SHAWN M ALFARO                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3613      SSN XXX-XX-6310

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/29/08 .

   2.  The case was dismissed without confirmation, 12/05/2008.

-------------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
-------------------------------------------------------------------------
WILSHIRE CREDIT CORP    CURRENT MORTG       .00         .00         .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE  NOT FILED        .00         .00
LASALLE COUNTY COLLECTOR PRIORITY      NOT FILED        .00         .00
CAPITAL ONE BANK        UNSECURED      NOT FILED        .00         .00
CAPITAL ONE BANK        UNSECURED      NOT FILED        .00         .00
CAPITAL ONE BANK        UNSECURED      NOT FILED        .00         .00
VALLEY WEST COMMUNITY HO UNSECURED     NOT FILED        .00         .00
LAMPHERES FURNITURE     UNSECURED      NOT FILED        .00         .00
EMERGENCY TREATMENT SC  UNSECURED      NOT FILED        .00         .00
NICOR GAS               UNSECURED      NOT FILED        .00         .00
RIVER HEIGHTS VET CLINIC UNSECURED     NOT FILED        .00         .00
STONEHILL DENTAL        UNSECURED      NOT FILED        .00         .00
VERIZON WIRELESS        UNSECURED      NOT FILED        .00         .00
         Summary of disbursements:
-------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED    OTHER       TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00        .00        .00         .00
PRINCIPAL PAID        .00         .00        .00        .00         .00
INTEREST PAID         .00         .00        .00        .00         .00
TOTAL PAID            .00         .00        .00        .00         .00
The Debtor's attorney, LEGAL HELPERS PC          , was allowed $  3500.00
and was paid $     760.00   direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/13/09                       /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 22922 MANUEL ALFARO & SHAWN M ALFARO